UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 8:21-cv-00852-CJC-ADS | Date | August 11, 2021 |
|---|---|---|---|
| Title | Ghadiri v. ZZZZZ Mattress Warehouse et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:**     **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

      Plaintiffs are responsible for prosecuting their actions diligently and complying with Court orders.  The Court's Order Regarding Prosecution of Certain Cases Under the Americans with Disabilities Act states that "[p]roofs of service for **all** defendants must be filed within **95 days of the filing of the case** absent a previously approved extension of time by the Court or a motion or responsive pleading by all defendants."  (Dkt. 8 [hereinafter the "Order"] at 2 [emphases in original].)  The Order further admonishes that "failure to comply with this Order in a particular case will result in a dismissal for lack of prosecution." (*Id.* at 3.)

      Plaintiff filed this case on **May 7, 2021.**  Although more than 95 days have passed since that date, Plaintiff has not filed a proof of service on any defendant.  The Court therefore **DISMISSES** this action for lack of prosecution.

Initials of Deputy Clerk:     rrp